# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Henry Fletcher,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Sgt. Bokinstrke; Warden Dunlap; Lieutenant Salmon; Associate Warden Stonebreaker,<br><br>　　　　　　　Defendants. | C/A NO.: 0:16-3528-MBS-PJG<br><br><br>**ORDER** |

This matter is before the Court on Defendants' motion seeking leave to depose the Plaintiff pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). Plaintiff is currently incarcerated within the South Carolina Department of Corrections.

Federal Rule of Civil Procedure 30(a)(2)(B) provides "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in prison."

As the Plaintiff is confined in prison, Defendants' motion is granted. Defendants are hereby granted leave to depose the Plaintiffs on or before the discovery deadline set forth in the Scheduling Order [ECF Entry 24] at the institution where he is housed at the time of the deposition.

IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 1, 2017
Columbia, South Carolina